DAVID NEDERLANDER v. WILLIAM JENNISON, A CIRCUIT JUDGE IN WAYNE COUNTY.

*Mandamus—Defective affidavit for attachment.*

Defects in an affidavit for an attachment will not be reviewed by the Supreme Court in a mandamus proceeding to require the allowance of a motion to set aside a service thereof on person and property.

Motion for order to show cause. Submitted and denied January 6.

*Adolph Sloman*, for the motion, cited *Kegel v. Schrenkheisen* 37 Mich. 174.

PER CURIAM. The defendant in an attachment case, where the writ had been served both personally and upon property, moved to set aside the writ for defects in the affidavit, and the judge denied the motion. The defendant then moved this Court for a mandamus to compel the granting of the motion. *Held*, that the Court would not interfere in this manner to inquire into the grounds of the motion.